STATE OF MISSOURI *ex rel.* ALDACE WALKER *et al.* v. DANIEL DILLON, Judge of the Circuit Court of the City of St. Louis.

St. Louis Court of Appeals, February 4, 1896.

Supervisory Control of the Circuit Courts by Original Writs: JURISDICTION: AMOUNT INVOLVED. This court has superintending control by original writs over the proceedings of the circuit court in a cause, only when it would have jurisdiction of an appeal therein; and, for the purpose of determining such original jurisdiction prior to a judgment in the cause, the amount stated in the petition therein will, *prima facie*, be taken as the amount involved.

ORIGINAL PROCEEDING.

*J. T. Woodruff* and *L. F. Parker* for relator.

*A. R. Taylor* for respondent.

ROMBAUER, P. J.—The respondent demurs to the jurisdiction of the court, and we conclude that the demurrer is well taken.

The object of the writ is to compel the respondent to award a special *venire* for a jury to try a cause pending before him, in which the relators, as receivers of the St. Louis & San Francisco Railway Company, are sued for damages by one Wm. Guilkey. The damages in Guilkey's petition are laid at $20,000.

As the cause has never been tried, the amount stated in the petition is, *prima facie*, the amount in-

volved.  The jurisdiction of this court to entertain original remedial writs in any cause is, under the decision of the supreme court, to be determined by the ulterior inquiry, whether it would have appellate jurisdiction of the cause in which the remedial writ issued.

All the judges concurring, the demurrer is sustained and the writ is dismissed for want of jurisdiction.